IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DENNIS DEEN CHARTERS and | § | |
| CATHY CHARTERS, Individually and as | § | |
| Personal Representatives of the Estate of | § | |
| DENNIS WADE CHARTERS, Deceased | § | |
| | § | CIVIL ACTION NO. _____ |
| V. | § | |
| | § | STATE COURT FILING: B-196,107 |
| SOURCE HELICOPTERS; ROGERS | § | |
| HELICOPTERS, INC. d/b/a SOURCE | § | |
| HELICOPTERS; ROGERS | § | |
| HELICOPTERS, INC.; LOU | § | |
| WOODWARD d/b/a SOURCE | § | |
| HELICOPTERS; and LOU WOODWARD | § | |

**DEFENDANT, ENTERGY CORPORATION'S**
**NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant, Entergy Corporation, hereby removes this action to this Court pursuant to 28

U.S.C. § 1441(b), and in support thereof, states as follows:

### A.  Introduction

1.      Defendant Entergy Corporation (hereinafter referred to as "Defendant" and/or

"Entergy") was given notice of Plaintiffs' First Amended Petition ("Petition") styled *Dennis*

*Deen Charters and Cathy Charters, Individually and as personal Representatives of the Estate of*

*Dennis Wade Charters, Deceased vs. Source Helicopters; Rogers Helicopters, Inc. d/b/a Source*

*Helicopters; Rogers Helicopters, Inc.; Lou Woodward d/b/a Source Helicopters; and Lou*

*Woodward,* Cause No. B-196,107, in the District Court of Jefferson County, Texas, 60th Judicial

District on or after April 22, 2015.  See Petition attached hereto as Exhibit A.  This document

was the initial pleading filed in state court setting forth the claims against Entergy, upon which

this action is based.  Defendant has previously filed an Answer in the State Court.  See Exhibit

B.

1

**B.      Basis of Removal**

2.      Removal is proper pursuant to 28 U.S.C. § 1332(a) because there is complete diversity between the parties.

3.      This is an action filed by Plaintiffs, Dennis Deen Charters and Cathy Charters, Individually and as Personal Representatives of the Estate of Dennis Wade Charters, Deceased, who reside in and who are citizens of the State of Idaho.  See Exhibit A.

4.      Defendant, Entergy, is incorporated in the State of Delaware and principal place of business is the State of Louisiana.  See Exhibit B.

5.      Defendant, Rogers Helicopters, Inc. is incorporated in and is a citizen of the State of California.  See Exhibit C.

6.      Defendant, Lou Woodward, must be disregarded in consideration of jurisdiction pursuant to the doctrine of "fraudulent joinder." Lou Woodward was an employee of and provided sales and marketing to Rogers Helicopters, Inc.   Plaintiffs make no specific or independent allegations against Lou Woodward.

7.      Defendant, Source Helicopters, must be disregarded in consideration of jurisdiction pursuant to the doctrine of "fraudulent joinder."   Source Helicopters is just an identifying division of Rogers Helicopters, Inc., and there is no legal entity known as Source Helicopter.  See Exhibit D.

8.      Defendant, Rogers Helicopters, Inc. d/b/a Source Helicopters, must be disregarded in consideration of jurisdiction pursuant to the doctrine of "fraudulent joinder." There is no legal entity called Rogers Helicopters, Inc. d/b/a Source Helicopters.  See Exhibit D.

9.      Defendant, Lou Woodward, d/b/a Source Helicopters, must be disregarded in consideration of jurisdiction pursuant to the doctrine of "fraudulent joinder."   There is no legal entity known as Lou Woodward, d/b/a Source Helicopter.  See Exhibit D.

2

10.     Defendant has obtained the consent to removal from the 60th Judicial District Court of Jefferson County, Texas, by all Defendants.  A copy of Source Helicopters; Rogers Helicopters, Inc. d/b/a Source Helicopters; Rogers Helicopters, Inc.; Lou Woodward d/b/a Source Helicopters, and Lou Woodward's consent is attached as Exhibit E.

11.     The amount in controversy allegedly exceeds $75,000.00, excluding interest and costs, as required by 28 U.S.C. § 1332(a).  See Exhibit A.

12.     All pleadings, process, orders, and all other filings in the state court action are attached collectively as Exhibit F to this Notice, as required by the Federal Rules of Civil Procedure.

13.     Defendant has given notice of this removal to Plaintiff, the state district court, and any other parties to this state court action.

## C.   Conclusion

For the forgoing reasons, Defendant requests that this Court place this case on the docket of the United States District Court for the Eastern District of Texas, Beaumont Division, and that Defendant be awarded all other and further relief, both special and general, and law and in equity, to which it may be justly entitled.

Respectfully submitted,

ENTERGY CORPORATION

By: _Paul A Scheurich_

     Paul A. Scheurich, SB #17745470
     Christine S. Shannon, SB #00791666
     Its Attorneys
     P. O. Box 2951
     Beaumont, Texas 77704-2951
     (409) 981-4498
     Fax (409) 981-3016

ATTORNEYS FOR DEFENDANT,
ENTERGY CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record on this 22nd day of May, 2015.

*Certified Mail - Return Receipt Requested*
Mr. Richard Warren Mithoff – email:  rmithoff@mithofflaw.com
Ms. Janie L. Jordan – email:  jjordan@mithofflaw.com
Mr. Warner V. Hocker – email:  whocker@mithofflaw.com
MITHOFF LAW
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, TX 77002

Gilbert "Buddy" Low – Facsimile 409-838-6959
ORGAIN, BELL & TUCKER, LLP
470 Orleans Street
Beaumont, TX 77701

*Certified Mail - Return Receipt Requested*
Mr. Michael R. McGown – email:  mmcgown@bnnlaw.com
Benckenstein, Norvell & Nathan, LLP
P. O. Box 551
Beaumont, TX 77704-0551

_____
Paul A. Scheurich