IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DENNIS DEEN CHARTERS and CATHY CHARTERS, Individually and as Personal Representatives of the Estate of DENNIS WADE CHARTERS, Deceased<br><br>V.<br><br>SOURCE HELICOPTERS; ROGERS HELICOPTERS, INC. d/b/a SOURCE HELICOPTERS; ROGERS HELICOPTERS, INC.; LOU WOODWARD d/b/a SOURCE HELICOPTERS; and LOU WOODWARD | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1:15-cv-199<br>THE HONORABLE MARCIA CRONE,<br>JUDGE PRESIDING |

## DEFENDANT ENTERGY CORPORATION'S
## CERTIFICATE OF DISCLOSURES

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **COMES NOW**, Entergy Corporation, Defendant in the above numbered and styled Civil Action, certifies that it has served the Initial Disclosures on Plaintiffs Dennis Deen Charters and Cathy Charters, Individually and as Personal Representative of the Estate of Dennis Wade Charters, Deceased, and Defendants, Source Helicopters, Rogers Helicopters, Inc., d/b/a Source Helicopters, Rogers Helicopters, Inc., Lou Woodward d/b/a Source Helicopters, and Lou Woodward, on July 14, 2015, as required by Federal Rule of Civil Procedures 26(a).

Respectfully submitted,

ENTERGY CORPORATION

By: /s/ Paul A. Scheurich
Paul A. Scheurich, SB #17745470
pscheur@entergy.com
Christine S. Shannon, SB #00791666
cshann1@entergy.com
Its Attorneys
P. O. Box 2951
Beaumont, Texas 77704-2951
(409) 981-4498
Fax (409) 981-3016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record on this 14th day of July, 2015.

Mr. Richard Warren Mithoff – email: rmithoff@mithofflaw.com
Ms. Janie L. Jordan – email: jjordan@mithofflaw.com
Mr. Warner V. Hocker – email: whocker@mithofflaw.com
MITHOFF LAW
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, TX 77002

Gilbert "Buddy" Low – email: kvoth@obt.com
ORGAIN, BELL & TUCKER, LLP
470 Orleans Street
Beaumont, TX 77701

Mr. Michael R. McGown – email: mmcgown@bnnlaw.com
Benckenstein, Norvell & Nathan, LLP
P. O. Box 551
Beaumont, TX 77704-0551

/s/ Paul A. Scheurich
Paul A. Scheurich